UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIA ALLEN,<br><br>             Plaintiff,<br><br>v.<br><br>WALMART INC., et al.,<br><br>             Defendants. | Case No.: 2:21-cv-01394-JAD-NJK<br><br>**Scheduling Order**<br><br>[Docket No. 10] |

Pending before the Court is the joint proposed discovery plan.  Docket No. 10.  The discovery plan seeks a discovery period of 180 days, which is **GRANTED**.  Accordingly, the deadlines are **SET** as follows:

- Initial disclosures:  September 10, 2021
- Amend pleadings/ add parties:  October 25, 2021
- Initial experts:  November 23, 2021
- Rebuttal experts:  December 23, 2021
- Discovery cutoff:  January 22, 2022
- Dispositive motions:  February 21, 2022
- Joint proposed pretrial order:  March 23, 2022, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: August 31, 2021

_____
Nancy J. Koppe
United States Magistrate Judge