# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TIA ALLEN,

    Plaintiff,

v.

WALMART INC., et al.,

    Defendants.

Case No.: 2:21-cv-01394-JAD-NJK

**Order**

On March 22, 2022, the undersigned's chambers received a courtesy copy of Plaintiff's pending motion for sanctions due to spoilation of evidence. Docket No. 17. Attached to the copy was a CD labeled with the case information. Should Plaintiff's counsel want the Court to consider the contents of the CD, a Notice of Manual Filing with the CD attached must be properly filed with the Court's Clerk's office, no later than 3:00 p.m. on March 28, 2022. *See* Local Rule IC 1-1(d).

IT IS SO ORDERED.

Dated: March 22, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1