**SAO**
David D. Boehrer, Esq.
Nevada Bar No. 9517
Travis J. Rich, Esq.
Nevada Bar No. 12854
**DAVID BOEHRER LAW FIRM**
375 N. Stephanie Street, Suite 711
Henderson, NV 89014
Tel: (702) 750-0750
Fax: (702) 750-0751
david@dblf.com; travis@dblf.com
*Attorneys for Plaintiff*

**UNTIED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIA ALLEN, an individual,<br><br>    Plaintiff,<br>vs.<br><br>WALMART INC., a foreign corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>    Defendants. | Case No. 2:21-cv-01394-JAD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING RE: PLAINTIFF'S MOTION FOR SANCTIONS DUE TO DEFENDANT'S SPOLIATION OF EVIDENCE**<br><br>**Current Hearing:**<br>**May 26, 2022 @ 3:00 p.m.**<br>ECF No. 38 |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties, Plaintiff, TIA ALLEN, and Defendant, WALMART INC., by and through their respective attorneys of record as follows:

1. That Plaintiff counsel is unavailable to attend the hearing for Plaintiff's Motion for Sanctions on May 26, 2022 at 3:00 p.m. due to a previously scheduled administrative hearing with the State of Nevada for a date and time certain.

2. That the hearing date of May 26, 2022 at 3:00 p.m. shall be continued to one of the following dates that Plaintiff and defense counsel are mutually available:

    a. June 3, 2022,

    b. June 7, 2022, or

      c. June 10, 2022.

DATED this 19th day of May, 2022.      DATED this 19th day of May, 2022.

**DAVID BOEHRER LAW FIRM**      **KENT LAW**

/s/ David D. Boehrer      /s/ Stephen S. Kent

_____      _____

DAVID D. BOEHRER, ESQ.      STEPHEN S. KENT, ESQ.
Nevada Bar No. 9517      Nevada Bar No. 1251
TRAVIS J. RICH, ESQ.      THIERRY V. BARKLEY, ESQ.
Nevada Bar No. 12854      Nevada Bar No. 724
375 N. Stephanie Street, Suite 711      201 W. Liberty Street, Suite 320
Henderson, Nevada 89014      Reno, Nevada 89501
*Attorneys for Plaintiff*      *Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED. The hearing on Plaintiff's Motion for Sanctions Due to Defendant's Spoliation of Evidence shall be continued to June 7, 2022, at 11:00 a.m.

DATED this 20th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE