1  STEPHEN S. KENT, ESQ.
   Nevada State Bar No. 1251
2  THIERRY V. BARKLEY, ESQ.
   Nevada State Bar No. 724
3  KENT LAW, PLLC
   1 East Liberty St., Ste. 424
4  Reno, Nevada 89501
   Telephone: (775) 467-2603
5  Facsimile: (775) 460-4901
   Email: skent@skentlaw.com
6
   Attorneys for Defendant,
7  WALMART, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIA ALLEN, <br>     Plaintiff, <br><br> vs. <br><br> WALMART, INC., a foreign corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, <br><br>     Defendants. | Case No. 2:21-CV-01394-JAD-NJK <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING RE: PLAINTIFF'S MOTION FOR SANCTIONS DUE TO DEFENDANT'S SPOLIATION OF EVIDENCE** <br><br> **Current Hearing:** <br> **June 14, 2022 @ 3:00 p.m** |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties, Plaintiff, TIA ALLEN, and Defendant, WALMART INC., by and through their respective attorneys of record as follows:

1. Defendants counsel in error indicated June 14, 2022 was an open date in the June 3, 2022. Stipulation. That Defendant's counsel whose office and residence is in Reno, has two Court appearances in Reno and Fallon on the date currently set for the in person hearing for Plaintiff's Motion for Sanctions on June 14, 2022 at 3:00 p.m. Defendants counsel therefore requests that the hearing be re-set.

-1-

2. That the hearing date of June 14, 2022 at 3:00 p.m. shall be continued to June 17, 2022, at 11:00 a.m.

| DATED this 7th day of June, 2022.<br>**DAVID BOEHRER LAW FIRM**<br><br>_/s/ Travis J. Rich_____<br>DAVID D. BOEHRER, ESQ.<br>Nevada Bar No. 9517<br>TRAVIS J. RICH, ESQ.<br>Nevada Bar No. 12854<br>375 N. Stephanie Street, Suite 711<br>Henderson, NV 89014<br>*Attorneys for Plaintiff* | Dated this 7th day of June, 2022.<br>**KENT LAW**<br><br>_/s/ Stephen S. Kent_____<br>STEPHEN S. KENT, ESQ.<br>Nevada Bar No. 1251<br>1 East Liberty Street, Suite 424<br>Reno, NV 89501<br>*Attorneys for Defendant* |

## **ORDER**

IT IS ORDERED the hearing on Plaintiff's Motion for Sanctions Due to Defendant's Spoliation of Evidence shall be continued to the 17th day of June, 2022 at 11:00 a.m.

DATED: June 8, 2022.

_____
UNITED STATES DISTRICT JUDGE