1  STEPHEN S. KENT, ESQ.
   Nevada State Bar No. 1251
2  THIERRY V. BARKLEY, ESQ.
   Nevada State Bar No. 724
3  KENT LAW, PLLC
   1 East Liberty St., Ste. 424
4  Reno, Nevada  89501
   Telephone:  (775) 467-2603
5  Facsimile:  (775) 460-4901
   Email:  skent@skentlaw.com
6
   Attorneys for Defendant,
7  WALMART, INC.

8

9                    **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11

12 TIA ALLEN,                                  ) Case No.  2:21-CV-01394-JAD-NJK
                          Plaintiff,           )
13                                             )
         vs.                                   )
14                                             ) **STIPULATED REQUEST AND**
   WALMART, INC., a foreign corporation; DOES 1 ) **PROPOSED ORDER FOR ONE (1)**
15 through 10; and ROE ENTITIES 11 through 20, ) **WEEK EXTENSION TO FILE**
   inclusive,                                  ) **OPPOSITION TO MOTION FOR**
                                               ) **ATTORNEYS FEES [ECF 48]**
16                        Defendants.          )
                                               )
17                                             )
                                               )
18                                             )

19

20     The parties hereto, Plaintiff, TIA ALLEN, and Defendant, WALMART INC., by and

21 through their respective attorneys of record, request that defendant be allowed a one (1) week

22 extension to file opposition to the August 24, 2022, Motion for Attorneys Fees, [ECF 48]

23 ///

24 ///

25 ///

26 ///

27 ///

28

                                            -1-

-2-

through and including September 14, 2022.  Defendant seeks this extension due to other Court deadlines that conflict with the due date for the opposition.  No prior extension has been sought or granted.

| | |
|---|---|
| DATED this 7th day of September, 2022.<br><br>**DAVID BOEHRER LAW FIRM**<br><br> /s/   Travis J. Rich_____<br>DAVID D. BOEHRER, ESQ.<br>Nevada Bar No. 9517<br>TRAVIS J. RICH, ESQ.<br>Nevada Bar No. 12854<br>375 N. Stephanie Street, Suite 711<br>Henderson, NV 89014<br>*Attorneys for Plaintiff* | Dated this 7th day of September, 2022.<br><br>**KENT LAW**<br><br>  /s/ Stephen S. Kent_____<br>STEPHEN S. KENT, ESQ.<br>Nevada Bar No. 1251<br>1 East Liberty Street, Suite 424<br>Reno, NV  89501<br>*Attorneys for Defendant* |

**ORDER**

IT IS ORDERED.

DATED: this __8th__ day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE