1  STEPHEN S. KENT, ESQ.
   Nevada State Bar No. 1251
2  THIERRY V. BARKLEY, ESQ.
   Nevada State Bar No. 724
3  KENT LAW, PLLC
   1 East Liberty St., Ste. 424
4  Reno, Nevada 89501
   Telephone: (775) 467-2603
5  Facsimile: (775) 460-4901
   Email: skent@skentlaw.com
6
   Attorneys for Defendant,
7  WALMART, INC.

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11
   TIA ALLEN,                                    )   Case No. 2:21-CV-01394-JAD-NJK
12                   Plaintiff,                  )
                                                 )
13         vs.                                   )
                                                 )
14 WALMART, INC., a foreign corporation; DOES 1  )   **STIPULATION AND ORDER**
   through 10; and ROE ENTITIES 11 through 20,   )   **DISMISSING ACTION**
15 inclusive,                                    )
                                                 )
16                   Defendants.                 )
                                                 )
17                                               )   ECF No. 60
                                                 )
18                                               )

19

20         The parties hereto, Plaintiff, TIA ALLEN, and Defendant, WALMART, INC., through

21 their undersigned counsel do hereby agree that this case and all claims asserted herein be

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

-1-

dismissed with prejudice with each party to bear their own attorney's fees and costs.

| DATED this 22nd day of March, 2023. | DATED this 23d day of March, 2023. |
|---|---|
| David Boehrer Law Firm | KENT LAW |
| By: _____<br>Travis J. Rich<br>375 N. Stephanie Street, Suite 711<br>Henderson, NV 89014<br>travis@dblf.com<br>Attorneys for Plaintiff<br>Tia Allen | By: _____<br>Stephen S. Kent<br>1 East Liberty Street, Suite 424<br>Reno, Nevada 89501<br>775-467-2603<br>skent@grsm.com<br>ATTORNEYS FOR DEFENDANT<br>WALMART, INC. |

### ORDER

Based on the parties' stipulation **[ECF No. 60]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 23, 2023